STATE of Missouri, Respondent,

v.

Larry McWILLIAMS, Movant.

No. 58231.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 26, 1990.

Robert D. Schollmeyer, Asst. Public Defender, Hannibal, for movant.

Jules V. DeCoster, Lewis County Pros. Atty., Monticello, for respondent.

ORDER

PER CURIAM.

Movant appeals after a jury trial from conviction on charges of property damage, § 569.120 RSMo 1986; peace disturbance, § 574.010 RSMo 1986; littering § 577.070 RSMo 1986; and littering via carcasses; § 577.076 RSMo 1986. The sole issue on appeal is sufficiency of evidence to support

a judgment of conviction. The only question of fact was whether the state proved defendant was the culprit. A witness testified that he saw defendant commit the charged crimes. Credibility and weight of the evidence are for the jury and the trial court. No error of law appears. An extended opinion would have no precedential value. We affirm in accordance with Rule 30.25(b).